| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | ELIZABETH S. SALVESON, State Bar #83788<br>Chief Labor Attorney |
| 3 | ANTHONY GRUMBACH, State Bar #195107<br>RUTH M. BOND, State Bar #214582 |
| 4 | Deputy City Attorneys<br>Fox Plaza |
| 5 | 1390 Market Street, 5th Floor<br>San Francisco, California  94102-5408 |
| 6 | Telephone:     (415) 554-3947<br>Facsimile:      (415) 554-3976 |
| 7 | Email:           ruth.bond@sfgov.org |
| 8 | Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO, et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS KELLY, DENNIS KRUGER, ROBERT P. ANDERSON, GEORGE O. BULLWINKEL, STEPHEN C. CHRISTENSEN, FRED J. FEGAN, GERALD L. GREY, THOMAS E. KAZARIAN, FRANK M. KUNST, GARY J. LAVAYSSE, PATRICK H. McLAUGHLIN, DANIEL M. O'DONNELL, ROBERT G. OLLER, HENRY L. RANEY, GEORGE J. RIPOLL, PATRICIA CAULFIELD AND HORTENCE PUCCETTI, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO FIRE DEPARTMENT; EDWARD M. HARRINGTON, in his Official Capacity as Controller of the City and County of San Francisco; PHILIP A. GINSBURG in his Official Capacity as Human Resources Director of the City and County of San Francisco; and DOES ONE though FIFTY, inclusive,<br><br>Defendants. | Case No. C 05-1287 SI<br><br>**ORDER APPROVING STIPULATION FOR NOTICE TO POTENTIAL OPT-IN PLAINTIFFS OF RIGHT TO PARTICIPATE IN FAIR LABOR STANDARDS ACT LAWSUIT, AND APPROVING NOTICE** |

1  On October 13, 2005, the parties filed a Stipulation for Notice to Potential Opt-in Plaintiffs of Right to Participate in Fair Labor Standards Act Lawsuit along with a proposed Notice to Potential Opt-in Plaintiffs of Right to Participate in Fair Labor Standards Act Lawsuit (Exhibit 1 to the Stipulation).

Having reviewed the stipulation and the proposed notice and good cause appearing therefor, the Court hereby approves the parties' Stipulation for Notice to Potential Opt-in Plaintiffs of Right to Participate in Fair Labor Standards Act Lawsuit. The Court also hereby approves, as to form and content, the proposed Notice to Potential Opt-in Plaintiffs of Right to Participate in Fair Labor Standards Act Lawsuit (Exhibit 1 to the Stipulation). The Notice advises the potential opt-in plaintiffs of the pendency of the action and of the opportunity to opt-in. The Notice accurately describes plaintiffs' legal claims. The Notice advises the potential opt-in plaintiffs that the City is defending against the claims. The Notice provides clear instructions on how to opt in, and advises that participation is not required. And, the Notice informs the potential opt-in plaintiffs that this Court has not made any determination regarding the merits of the plaintiffs' claims. The Court authorizes the Fair Labor Standards Act claim (First Cause of Action) to proceed as a collective action and authorizes the mailing of the stipulated Notice to Potential Opt-in Plaintiffs of Right to Participate in Fair Labor Standards Act Lawsuit.

In order to facilitate the mailing of the Notice, the Court hereby orders the San Francisco Employees' Retirement System, an agency of the City and County of San Francisco, to provide plaintiffs with a list of the names and last known addresses, as shown in the records of the Retirement System, of all uniformed employees of the San Francisco Fire Department ("SFFD") who retired on or after January 1, 2002. The San Francisco Employees' Retirement System shall e-mail said list, in a computer-readable format ("Word" and "Excel"), to plaintiffs' counsel within seven (7) calendar days of the date of entry of this Order.

The Court also orders the City to provide plaintiffs with a list of the names and last known addresses, as shown in the personnel files or other records of the SFFD, of each former uniformed employee of the SFFD who, on or after January 1, 2002, separated from employment with the SFFD (by resignation or in any manner other than by retirement) and received a lump sum payment upon

separation from employment for any unused compensatory time off in lieu of overtime. The City shall e-mail said list, in a computer-readable format ("Word" and "Excel"), to plaintiffs' counsel within seven (7) calendar days of the date of entry of this Order.

Within seven (7) calendar days after receipt of the lists of names and addresses described above, plaintiffs shall send by first class mail the Notice to Potential Opt-In Plaintiffs of Right to Participate in Fair Labor Standards Act Lawsuit to each person whose name appears on said lists, with the exception of the named plaintiffs. Plaintiffs shall provide defendants' counsel with a proof of service.

The lists described above shall be used only for purposes related to this litigation.

In the event that the Court certifies a class action in this lawsuit under Federal Rule of Civil Procedure 23, the class action notice shall contain a paragraph explaining that the class action aspect of the case is different from the Fair Labor Standards Act aspect of the case and that the class action notice is different from the notice to potential opt-in plaintiffs under the FLSA.

The Court hereby schedules a further Case Management Conference for Friday, February 24, 2006 _____, 2006 (approximately thirty (30) days after January 24, 2006) at 2:00 p.m.

IT IS SO ORDERED.

Dated: _____

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

GRANTED
Judge Susan Illston