1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar # 83788
   Chief Labor Attorney
3  ANTHONY GRUMBACH, State Bar #195107
   RUTH M. BOND, State Bar #214582
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 5th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3976
   Facsimile:     (415) 554-4248
7  Email:         ruth.bond@sfgov.org

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS KELLY, DENNIS KRUGER, ROBERT P. ANDERSON, GEORGE O. BULLWINKEL, STEPHEN C. CHRISTENSEN, FRED J. FEGAN, GERALD L. GREY, THOMAS E. KAZARIAN, FRANK M. KUNST, GARY J. LAVAYSSE, PATRICK H. McLAUGHLIN, DANIEL M. O'DONNELL, ROBERT G. OLLER, HENRY L. RANEY, GEORGE J. RIPOLL, PATRICIA CAULFIELD AND HORTENCE PUCCETTI, Individually and on Behalf of Others Similarly Situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO FIRE DEPARTMENT; EDWARD M. HARRINGTON, in his Official Capacity as Controller of the City and County of San Francisco; PHILIP A. GINSBURG, in his Official Capacity as Human Resources Director of the City and County of San Francisco; and DOES ONE through FIFTY, inclusive,<br><br>        Defendants. | Case No. C 05-1287 SI<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF JOINT STATEMENT RE CLASS NOTICE AND PROPOSED ORDER** |

STIPULATION RE JOINT STATEMENT – CASE NO. 05-1287 (SI).    n:\labor\li2005\051208\00345720.doc

1   The parties in the above captioned matter hereby jointly request a continuance of the
2   deadline to file the joint statement suggesting a plan for providing class notice, pursuant to the
3   Court's November 21, 2005 Order. The parties agree that more time is necessary to meet and confer
4   to devise a plan for providing notice to members of the class certified by this Court in its November
5   21 Order.
6   The joint statement currently is due on December 5, 2005. The parties request a continuance
7   to December 16, 2005. The parties believe that such a continuance will provide them with
8   sufficient time to complete the joint statement.
9   Respectfully submitted,

Dated: December 2, 2005    /s/
                           Diane Sidd-Champion, Esq.
                           McCarthy, Johnson & Miller Law Corporation

Dated: December 2, 2005    /s/
                           Ruth M. Bond Esq.
                           Deputy City Attorney
                           Attorneys for Defendant

STIPULATION RE JOINT STATEMENT – CASE NO. 05-1287 (SI).         n:\labor\li2005\051208\00345720.doc

1  Having considered the parties' Stipulated Request for Continuance of the Joint Statement re
2  Class Notice, IT IS HEREBY ORDERED that the parties are to continue to meet and confer
3  concerning a form of class notice, and a plan for providing same to class members, and present their
4  suggestions to the Court in a joint statement to be filed no later than **December 16, 2005**.

6  SO ORDERED.

8  Date: _____



STIPULATION RE JOINT STATEMENT – CASE NO. 05-1287 (SI).     n:\labor\li2005\051208\00345720.doc