DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar # 83788
Chief Labor Attorney
ANTHONY GRUMBACH, State Bar #195107
RUTH M. BOND, State Bar #214582
Deputy City Attorneys
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3947
Facsimile:     (415) 554-4248
Email:         anthony.grumbach@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS KELLY, DENNIS KRUGER, ROBERT P. ANDERSON, GEORGE O. BULLWINKEL, STEPHEN C. CHRISTENSEN, FRED J. FEGAN, GERALD L. GREY, THOMAS E. KAZARIAN, FRANK M. KUNST, GARY J. LAVAYSSE, PATRICK H. McLAUGHLIN, DANIEL M. O'DONNELL, ROBERT G. OLLER, HENRY L. RANEY, GEORGE J. RIPOLL, PATRICIA CAULFIELD AND HORTENCE PUCCETTI, Individually and on Behalf of Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO FIRE DEPARTMENT; EDWARD M. HARRINGTON, in his Official Capacity as Controller of the City and County of San Francisco; PHILIP A. GINSBURG, in his Official Capacity as Human Resources Director of the City and County of San Francisco; and DOES ONE through FIFTY, inclusive, <br><br> Defendants. | Case No. C 05-1287 SI <br><br> **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR CONTINUANCE OF FEBRUARY 24, 2006 CASE MANAGEMENT CONFERENCE** |

1  The parties have requested that the Case Management Conference currently scheduled for
2  2:00 p.m. on Friday, February 24, 2006 be continued until 2:00 p.m. on Friday, March 24, 2006.
3  The parties have made this joint request because they are still working with the Court-appointed
4  neutral evaluator and attempting to resolve this case through a negotiated settlement.
5  Having considered the parties' stipulated request, the February 24, 2006 Case Management
6  Conference **is hereby continued until 2:00 p.m. on Friday, March 24, 2006.**

8  SO STIPULATED:

9  DIANE SIDD-CHAMPION, Esq.
10 McCarthy, Johnson & Miller Law Corporation

11 Dated: February 23, 2006      By: _____

12 DIANE SIDD-CHAMPION, Esq.
13 Attorneys for Plaintiffs

15 Dated: February 23, 2006      DENNIS J. HERRERA
16 City Attorney
   ELIZABETH S. SALVESON
17 Chief Labor Attorney
   ANTHONY GRUMBACH
18 RUTH M. BOND
   Deputy City Attorneys

20       By: _____/s/_____
             ANTHONY GRUMBACH
21           Attorneys for Defendants

23 IT IS SO ORDERED.

24 Date: _____    _____
                                    SUSAN ILLSTON
25                                  United States District Judge

[PROPOSED] ORDER CONTIN. CMC – CASE NO. 05-1287 (SI)                    n:\labor\li2005\051208\00360041.doc

1  The parties have requested that the Case Management Conference currently scheduled for
2  2:00 p.m. on Friday, February 24, 2006 be continued until 2:00 p.m. on Friday, March 24, 2006.
3  The parties have made this joint request because they are still working with the Court-appointed
4  neutral evaluator and attempting to resolve this case through a negotiated settlement.

5  Having considered the parties' stipulated request, the February 24, 2006 Case Management
6  Conference **is hereby continued until 2:00 p.m. on Friday, March 24, 2006.**

8  SO STIPULATED:

DIANE SIDD-CHAMPION, Esq.
McCarthy, Johnson & Miller Law Corporation

Dated: February 23, 2006            By: /s/ Diane Sidd-Champion

DIANE SIDD-CHAMPION, Esq.
Attorneys for Plaintiffs


Dated: February 23, 2006

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
ANTHONY GRUMBACH
RUTH M. BOND
Deputy City Attorneys

By: /s/
ANTHONY GRUMBACH
Attorneys for Defendants

IT IS SO ORDERED.

Date: _____

_____
SUSAN ILLSTON
United States District Judge

[PROPOSED] ORDER CONTIN. CMC – CASE NO. 05-1287 (SI)