1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | ELIZABETH S. SALVESON, State Bar # 83788
Chief Labor Attorney
3 | ANTHONY GRUMBACH, State Bar #195107
RUTH M. BOND, State Bar #214582
4 | Deputy City Attorneys
Fox Plaza
5 | 1390 Market Street, 5th Floor
San Francisco, California 94102-5408
6 | Telephone:     (415) 554-3947
Facsimile:      (415) 554-4248
7 | Email:           anthony.grumbach@sfgov.org

8 | Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS KELLY, DENNIS KRUGER, ROBERT P. ANDERSON, GEORGE O. BULLWINKEL, STEPHEN C. CHRISTENSEN, FRED J. FEGAN, GERALD L. GREY, THOMAS E. KAZARIAN, FRANK M. KUNST, GARY J. LAVAYSSE, PATRICK H. McLAUGHLIN, DANIEL M. O'DONNELL, ROBERT G. OLLER, HENRY L. RANEY, GEORGE J. RIPOLL, PATRICIA CAULFIELD AND HORTENCE PUCCETTI, Individually and on Behalf of Others Similarly Situated, <br><br>              Plaintiffs, <br><br>     vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO FIRE DEPARTMENT; EDWARD M. HARRINGTON, in his Official Capacity as Controller of the City and County of San Francisco; PHILIP A. GINSBURG, in his Official Capacity as Human Resources Director of the City and County of San Francisco; and DOES ONE through FIFTY, inclusive, | Case No. C 05-1287 SI <br><br> **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR CONTINUANCE OF MARCH 24, 2006 CASE MANAGEMENT CONFERENCE** |

[PROPOSED] ORDER CONTIN. MAR. 24, 2006 CMC – CASE NO. 05-1287 (SI)      c:\documents and settings\usdc\local settings\temp\notes56fd74\~0515934.doc

1 | Defendants.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER CONTIN. MAR. 24, 2006 CMC – CASE NO. 05-1287 (SI)    c:\documents and settings\usdc\local settings\temp\notes56fd74\~0515934.doc

1  The parties have requested that the Case Management Conference currently scheduled for 2:00 p.m. on Friday, March 24, 2006 be continued until 2:00 p.m. on Friday, June 2, 2006.  The parties have made this joint request because they are still working with the Court-appointed neutral evaluator and attempting to resolve this case through a negotiated settlement.

Having considered the parties' stipulated request, the March 24, 2006 Case Management Conference **is hereby continued until 2:00 p.m. on Friday, June 2, 2006**.

IT IS SO ORDERED.

Date:  _____3/23/06_____          s/Susan Illston_____
                                        SUSAN ILLSTON
                                        United States District Judge