1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar # 83788
   Chief Labor Attorney
3  ANTHONY GRUMBACH, State Bar #195107
   RUTH M. BOND, State Bar #214582
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 5th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3947
   Facsimile:    (415) 554-4248
7  Email:        anthony.grumbach@sfgov.org

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, et al.

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS KELLY, DENNIS KRUGER, ROBERT P. ANDERSON, GEORGE O. BULLWINKEL, STEPHEN C. CHRISTENSEN, FRED J. FEGAN, GERALD L. GREY, THOMAS E. KAZARIAN, FRANK M. KUNST, GARY J. LAVAYSSE, PATRICK H. McLAUGHLIN, DANIEL M. O'DONNELL, ROBERT G. OLLER, HENRY L. RANEY, GEORGE J. RIPOLL, PATRICIA CAULFIELD AND HORTENCE PUCCETTI, Individually and on Behalf of Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO FIRE DEPARTMENT; EDWARD M. HARRINGTON, in his Official Capacity as Controller of the City and County of San Francisco; PHILIP A. GINSBURG, in his Official Capacity as Human Resources Director of the City and County of San Francisco; and DOES ONE through FIFTY, inclusive, <br><br> Defendants. | Case No. C 05-1287 SI <br><br> **[JOINT PROPOSED] ORDER RE DISCOVERY, SUMMARY JUDGMENT, AND CASE MANAGEMENT CONFERENCE SCHEDULE** |

1  At the June 2, 2006 case management conference, the Court set the following schedule for
2  summary judgment:

3      September 8, 2006    Plaintiffs' Summary Judgment Motion Due

4      September 22, 2006    Defendants' Summary Judgment Motion and Opposition Due

5      October 6, 2006    Plaintiffs' Reply and Opposition Due

6      October 13, 2006    Defendants' Reply Due

7      October 27, 2006    Hearing on Plaintiffs' and Defendants' Summary Judgment Motions

9  On August 14, 2006, the parties notified the Court that they reached an agreement on
10 monetary relief and other settlement terms. The parties have agreed that Plaintiffs will serve
11 Defendants with proposed settlement language by September 5, 2006, and that Defendants will
12 serve Plaintiffs with their response, including their proposed modifications, if any, by September
13 26, 2006. The settlement agreement will be subject to the San Francisco Board of Supervisors'
14 review and approval.

15 The parties have jointly requested that the Court enter an order staying discovery, taking
16 summary judgment off calendar, and setting a case management conference for October 20, 2006.

17 It is hereby ORDERED that:

18 DISCOVERY IS STAYED *sine die*.

19 The summary judgment hearing date and dates for filing summary judgment motions and
20 briefs are OFF CALENDAR. If necessary, the parties will meet and confer and propose a new
21 summary judgment hearing schedule to the Court.

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  Counsel for both parties will appear at a case management conference at 2:30 p.m. on
2  October 20, 2006.  The parties will file a case management report no later than 10 calendar days
3  before the October 20 conference.
4
5  SO STIPULATED:
6
                                                    MCCARTHY, JOHNSON & MILLER
7                                                           LAW CORPORATION
8
   Dated:  August 14, 2006                          By:  /s/  Diane Sidd-Champion
9                                                   DIANE SIDD-CHAMPION, Esq.
                                                    Attorneys for Plaintiffs
10
11
   Dated:  August 11, 2006                          DENNIS J. HERRERA
12                                                  City Attorney
                                                    ELIZABETH S. SALVESON
13                                                  Chief Labor Attorney
                                                    ANTHONY GRUMBACH
14                                                  RUTH M. BOND
                                                    Deputy City Attorneys
15
16
                                                    By:  /s/  Anthony Grumbach
17                                                  ANTHONY GRUMBACH
                                                    Attorneys for Defendants
18
19  IT IS SO ORDERED.
20
21  Date:  _____
                                                    _____
22                                                  SUSAN ILLSTON
                                                    United States District Judge
23
24
25
26
27
28

[PROPOSED] ORDER RE DISC., SJ & CMC - Case No. C 05-1287 SI                    Page 3