|   |   |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | ELIZABETH S. SALVESON, State Bar # 83788 |
|   | Chief Labor Attorney |
| 3 | ANTHONY GRUMBACH, State Bar #195107 |
|   | RUTH M. BOND, State Bar #214582 |
| 4 | Deputy City Attorneys |
|   | Fox Plaza |
| 5 | 1390 Market Street, 5th Floor |
|   | San Francisco, California 94102-5408 |
| 6 | Telephone:    (415) 554-3947 |
|   | Facsimile:     (415) 554-4248 |
| 7 | Email:          anthony.grumbach@sfgov.org |
| 8 | Attorneys for Defendants |
|   | CITY AND COUNTY OF SAN FRANCISCO, et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS KELLY, DENNIS KRUGER, ROBERT P. ANDERSON, GEORGE O. BULLWINKEL, STEPHEN C. CHRISTENSEN, FRED J. FEGAN, GERALD L. GREY, THOMAS E. KAZARIAN, FRANK M. KUNST, GARY J. LAVAYSSE, PATRICK H. McLAUGHLIN, DANIEL M. O'DONNELL, ROBERT G. OLLER, HENRY L. RANEY, GEORGE J. RIPOLL, PATRICIA CAULFIELD AND HORTENCE PUCCETTI, Individually and on Behalf of Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO FIRE DEPARTMENT; EDWARD M. HARRINGTON, in his Official Capacity as Controller of the City and County of San Francisco; PHILIP A. GINSBURG, in his Official Capacity as Human Resources Director of the City and County of San Francisco; and DOES ONE through FIFTY, inclusive, <br> Defendants. | Case No. C 05-1287 SI <br><br> **[PROPOSED] STIPULATED ORDER CONTINUING OCTOBER 19, 2006 CASE MANAGEMENT CONFERENCE TO DECEMBER 1, 2006** |

1  The parties have jointly requested that the Court enter an order continuing the case
2  management conference currently set for 2:00 p.m. on Thursday October 19, 2006 until 2:00 p.m.
3  on Friday, December 1, 2006.
4  It is hereby ORDERED that:
5  The case management conference currently set for 2:00 p.m. on Thursday October 19, 2006
6  IS CONTINUED until **2:00 p.m. on Friday, December 1, 2006.**
7  SO STIPULATED:

        DIANE SIDD-CHAMPION, Esq.
        McCarthy, Johnson & Miller Law Corporation

10  Dated: _____  By: _____
        DIANE SIDD-CHAMPION, Esq.
        Attorneys for Plaintiffs

14  Dated: *October 17, 2006*

        DENNIS J. HERRERA
        City Attorney
        ELIZABETH S. SALVESON
        Chief Labor Attorney
        ANTHONY GRUMBACH
        RUTH M. BOND
        Deputy City Attorneys

        By: _____
        ANTHONY GRUMBACH
        Attorneys for Defendants

22  IT IS SO ORDERED.

24  Date: _____  _____
        SUSAN ILLSTON
        United States District Judge

1     The parties have jointly requested that the Court enter an order continuing the case
2 management conference currently set for 2:00 p.m. on Thursday October 19, 2006 until 2:00 p.m.
3 on Friday, December 1, 2006.
4     It is hereby ORDERED that:
5     The case management conference currently set for 2:00 p.m. on Thursday October 19, 2006
6 IS CONTINUED until **2:00 p.m. on Friday, December 1, 2006.**
7 SO STIPULATED:

                            DIANE SIDD-CHAMPION, Esq.
                            McCarthy, Johnson & Miller Law Corporation

Dated: 10/17/06             By: /s/ Diane Sidd-Champion

                            DIANE SIDD-CHAMPION, Esq.
                            Attorneys for Plaintiffs

Dated: 10/17/06

                            DENNIS J. HERRERA
                            City Attorney
                            ELIZABETH S. SALVESON
                            Chief Labor Attorney
                            ANTHONY GRUMBACH
                            RUTH M. BOND
                            Deputy City Attorneys

                          By: /s/ Anthony Grumbach
                            ANTHONY GRUMBACH
                            Attorneys for Defendants

IT IS SO ORDERED.

Date: _____

                            SUSAN ILLSTON
                            United States District Judge

[PROPOSED] ORDER CONT. CMC TO DEC. 1  CASE NO. 05-1287 (SI)     c:\documents and settings\dsc\local settings\temporary internet files\content.ie5\s5qzodeb\00405751.d oc