1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar # 83788
   Chief Labor Attorney
3  ANTHONY GRUMBACH, State Bar #195107
   RUTH M. BOND, State Bar #214582
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 5th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3947
   Facsimile:    (415) 554-4248
7  Email:        anthony.grumbach@sfgov.org

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS KELLY, DENNIS KRUGER, ROBERT P. ANDERSON, GEORGE O. BULLWINKEL, STEPHEN C. CHRISTENSEN, FRED J. FEGAN, GERALD L. GREY, THOMAS E. KAZARIAN, FRANK M. KUNST, GARY J. LAVAYSSE, PATRICK H. McLAUGHLIN, DANIEL M. O'DONNELL, ROBERT G. OLLER, HENRY L. RANEY, GEORGE J. RIPOLL, PATRICIA CAULFIELD AND HORTENCE PUCCETTI, Individually and on Behalf of Others Similarly Situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO FIRE DEPARTMENT; EDWARD M. HARRINGTON, in his Official Capacity as Controller of the City and County of San Francisco; PHILIP A. GINSBURG, in his Official Capacity as Human Resources Director of the City and County of San Francisco; and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. C 05-1287 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR CONTINUANCE OF FEBRUARY 9, 2007 CASE MANAGEMENT CONFERENCE** |

1  The parties have requested that the Case Management Conference currently scheduled for
2  2:30 p.m. on Friday, February 9, 2007, be continued until 2:30 p.m. on Friday, March 16, 2007.
3  The parties have made this joint request due to the passing of the mother of Anthony Grumbach,
4  lead counsel for Defendants. Mr. Grumbach will be out of the office for the next few weeks tending
5  to family matters.

6  Having considered the parties' stipulated request, the February 9, 2007 Case Management
7  Conference **is hereby continued until 2:30 p.m. on Friday, March 16, 2007**. A Joint Case
8  Management Statement is due by March 9, 2007

10 IT IS SO ORDERED.

12 Date: _____   _____
                              SUSAN ILLSTON
13                            United States District Judge

[PROPOSED] ORDER CONTIN. 2/9/07 CMC – CASE NO. 05-1287 (SI)          n:\labor\li2005\051208\00005254.doc