1

McCARTHY, JOHNSON & MILLER
  Law Corporation

2

DIANE SIDD-CHAMPION, ESQ., #78140
595 Market Street, Suite 2200

3

San Francisco, CA  94105
Telephone:  (415) 882-2992

4

Fax:  (415) 882-2999
E-mail:  dsidd-champion@mjmlaw.us

5

6

Attorneys for Plaintiffs

7

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

12

FRANCIS KELLY, DENNIS KRUGER, ROBERT P.
ANDERSON, GEORGE O. BULLWINKEL,

13

STEPHEN C. CHRISTENSEN, FRED J. FEGAN,
GERALD L. GREY, THOMAS E. KAZARIAN,

14

FRANK M. KUNST, GARY J. LAVAYSSE,
PATRICK H. McLAUGHLIN, DANIEL M.

15

O'DONNELL, ROBERT G. OLLER, HENRY L.
RANEY, GEORGE J. RIPOLL, PATRICIA

16

CAULFIELD AND HORTENCE PUCCETTI,
Individually and on Behalf of Others Similarly

17

Situated,

18

Plaintiffs,

v.

19

CITY AND COUNTY OF SAN FRANCISCO; SAN

20

FRANCISCO FIRE DEPARTMENT; EDWARD M.
HARRINGTON, in his Official Capacity as Controller

21

of the City and County of San Francisco; PHILIP A.
GINSBURG in his Official Capacity as Human

22

Resources Director of the City and County of San
Francisco; and DOES ONE though FIFTY, inclusive,

23

Defendants.

24

Case No. C 05-1287 SI

**[PROPOSED] ORDER GRANTING
STIPULATED REQUEST FOR
CONTINUANCE OF HEARING
ON  PRELIMINARY APPROVAL
OF CLASS SETTLEMENT**

25

      The parties have requested that the Hearing on Preliminary Approval of Class Settlement,

26

currently scheduled for 9:00 a.m. on Friday, August 17, 2007, be continued until 9:00 a.m. on Friday,

27

September 28, 2007.  The parties have made this joint request to allow sufficient time to finalize the

28

agreement for class settlement and for submission of the agreement to the San Francisco Fire

1    Commission and the San Francisco Board of Supervisors.

2         Having considered the parties' stipulated request, the Hearing on Preliminary Approval of

3    Class Settlement is hereby continued until 9:00 a.m. on Friday, September 28, 2007.  The Settlement

4    Agreement shall be filed by September 21, 2007.

5         IT IS SO ORDERED.

6

7    Date: _____7/27/07_____          _____

8                                                     SUSAN ILLSTON
                                                      United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28