McCARTHY, JOHNSON & MILLER
   Law Corporation
DIANE SIDD-CHAMPION, ESQ., #78140
595 Market Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 882-2992
Fax: (415) 882-2999
E-mail: dsidd-champion@mjmlaw.us

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS KELLY, DENNIS KRUGER, ROBERT P. ANDERSON, GEORGE O. BULLWINKEL, STEPHEN C. CHRISTENSEN, FRED J. FEGAN, GERALD L. GREY, THOMAS E. KAZARIAN, FRANK M. KUNST, GARY J. LAVAYSSE, PATRICK H. McLAUGHLIN, DANIEL M. O'DONNELL, ROBERT G. OLLER, HENRY L. RANEY, GEORGE J. RIPOLL, PATRICIA CAULFIELD AND HORTENCE PUCCETTI, Individually and on Behalf of Others Similarly Situated,<br><br>                Plaintiffs,<br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO FIRE DEPARTMENT; EDWARD M. HARRINGTON, in his Official Capacity as Controller of the City and County of San Francisco; PHILIP A. GINSBURG in his Official Capacity as Human Resources Director of the City and County of San Francisco; and DOES ONE though FIFTY, inclusive,<br><br>                Defendants. | Case No. C 05-1287 SI<br><br>**ORDER APPROVING STIPULATION AND PERMITTING AMENDMENT OF FIRST AMENDED COMPLAINT** |

On November 5, 2007, Plaintiffs and Defendants filed a Stipulation for Amendment of First Amended Complaint, agreeing that Plaintiffs could file an amendment in the form shown in Exhibit A attached to this Order. The Court has carefully considered the papers submitted, and has concluded that justice requires that the stipulation be approved and that the amendment be permitted. Therefore,

IT IS ORDERED that:

1. The Stipulation for Amendment of First Amended Complaint is hereby approved.
2. Plaintiffs may file an amendment to the First Amended Complaint in the form shown in Exhibit A attached to this Order.
3. Upon the filing of the amendment to the First Amended Complaint, the caption shall be amended to correct the name of Plaintiff Honora Puccetti in the list of Plaintiffs.
4. Upon the filing of the amendment to the First Amended Complaint, Paragraph 15 shall be amended to correct the name of Plaintiff Honora Puccetti and to read, in its entirety, as follows: "Plaintiff Honora Puccetti is a resident of San Francisco, California. Plaintiff Puccetti is the widow of, and successor in interest to, Frank Puccetti who was employed as a uniformed member of the San Francisco Fire Department until his separation from City employment in 2002. Thereafter, Plaintiff Puccetti received a lump sum payment purporting to be for accrued compensatory time in lieu of overtime, accrued vacation and/or vested sick leave earned by Frank Puccetti."
5. Defendants need not file a responsive pleading to the amendment to the First Amended Complaint. Defendants' answer to the First Amended Complaint is deemed to be their answer to the amended pleading as well.

Dated: _____, 2007  By: _____
　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE