DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar # 83788
Chief Labor Attorney
JONATHAN C. ROLNICK, State Bar #151814
RUTH M. BOND, State Bar #214582
Deputy City Attorneys
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3815
Facsimile:     (415) 554-4248
Email:         jonathan.rolnick@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS KELLY, DENNIS KRUGER, ROBERT P. ANDERSON, GEORGE O. BULLWINKEL, STEPHEN C. CHRISTENSEN, FRED J. FEGAN, GERALD L. GREY, THOMAS E. KAZARIAN, FRANK M. KUNST, GARY J. LAVAYSSE, PATRICK H. McLAUGHLIN, DANIEL M. O'DONNELL, ROBERT G. OLLER, HENRY L. RANEY, GEORGE J. RIPOLL, PATRICIA CAULFIELD AND HORTENCE PUCCETTI, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO FIRE DEPARTMENT; EDWARD M. HARRINGTON, in his Official Capacity as Controller of the City and County of San Francisco; PHILIP A. GINSBURG, in his Official Capacity as Human Resources Director of the City and County of San Francisco; and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C 05-1287 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND HEARING ON PRELIMINARY APPROVAL OF THE CLASS SETTLEMENT**<br><br>Date:       December 7, 2007<br>Time:       2:30 p.m.<br>Courtroom:  10, 19th Floor<br>            Hon. Susan Illston |

STIP. & [PROP] ORDER TO CONT. STATUS CONF. -   1    n:\labor\li2005\051208\00453710.doc
CASE NO. 05-1287 (SI)

The parties, through their counsel, hereby stipulate and request that the Court enter an order:

(a) continuing the status conference currently set for Friday, December 7, 2007 to January 25, 2008; and

(b) continuing the hearing on preliminary approval of class settlement from January 25, 2008 to February 29, 2008.

Alternatively, the parties request that the Court grant plaintiffs' counsel leave to appear by telephone at the December 7 status conference.

As previously noted in the parties' November 30, 2007 joint status conference statement, the language of the Settlement Agreement has been finalized, signed by all of the named plaintiffs, and the San Francisco Fire Commission has recommended its approval. The Agreement now must go to the San Francisco Board of Supervisors for approval. It now appears that approval by the full Board of Supervisors may not occur before late January 2008.

Due to the month-long delay which has already occurred and the schedule of the Board of Supervisors, the parties jointly request a continuance of the status conference from December 7, 2007 to January 25, 2008, with a joint status conference statement due on or before January 18, 2008; and a continuance of the hearing on preliminary approval of class settlement from January 25, 2007 to February 29, 2008, with briefs due on or before February 22, 2008.

Alternatively, if the December 7 status conference is not continued, Plaintiffs' counsel hereby requests leave to appear by telephone.

Respectfully submitted,

Dated: December 6, 2007

MCCARTHY, JOHNSON & MILLER LAW CORPORATION

By: s:/Diane Sidd-Champion
DIANE SIDD-CHAMPION

Attorneys for Plaintiff
FRANCIS KELLY, et al.

Dated: December 6, 2007

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
JONATHAN ROLNICK
RUTH M. BOND
Deputy City Attorneys

By: s:/Jonathan C. Rolnick
JONATHAN ROLNICK

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO FIRE DEPARTMENT,
EDWARD M. HARRINGTON, and
PHILIP A. GINSBURG

[PROPOSED] ORDER

The parties have requested continuance of the status conference currently scheduled for December 7, 2007, and the hearing on preliminary approval of class settlement from January 25, 2008. Having considered the parties' stipulated request, the Court **HEREBY ORDER**S that:

(a) the status conference statement currently set for Friday, December 7, 2007 be continued to January 25, 2008 at 2:30 p.m., with a joint status conference statement to be filed on or before January 18, 2007; and

(b) the hearing on preliminary approval of class settlement be continued from January 25, 2008 to February 29, 2008, with briefs due on or before February 22, 2008.

IT IS SO ORDERED.

Date: December ___, 2007  _____
SUSAN ILLSTON
United States District Judge

[PROPOSED] ORDER

Plaintiffs' counsel has requested leave to appear by telephone at the the December 7, 2007 status conference. Having considered the parties' stipulated request, the Court **HEREBY ORDERS** that plaintiffs' counsel may appear by telephone at the December 7 status conference. Plaintiffs' counsel shall initiate the telephone call at _____ p.m. by calling the Court at (415) _____.

IT IS SO ORDERED.

Date: December ___, 2007

_____
SUSAN ILLSTON
United States District Judge