| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
|   |     Law Corporation |
| 2 | DIANE SIDD-CHAMPION, ESQ., #78140 |
|   | 595 Market Street, Suite 2200 |
| 3 | San Francisco, CA  94105 |
|   | Telephone:  (415) 882-2992 |
| 4 | Fax:  (415) 882-2999 |
|   | E-mail:  dsidd-champion@mjmlaw.us |
| 5 | |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS KELLY, DENNIS KRUGER, ROBERT P. ANDERSON, GEORGE O. BULLWINKEL, STEPHEN C. CHRISTENSEN, FRED J. FEGAN, GERALD L. GREY, THOMAS E. KAZARIAN, FRANK M. KUNST, GARY J. LAVAYSSE, PATRICK H. McLAUGHLIN, DANIEL M. O'DONNELL, ROBERT G. OLLER, HENRY L. RANEY, GEORGE J. RIPOLL, PATRICIA CAULFIELD AND HONORA PUCCETTI, Individually and on Behalf of Others Similarly Situated, <br><br>                Plaintiffs,<br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO FIRE DEPARTMENT; EDWARD M. HARRINGTON, in his Official Capacity as Controller of the City and County of San Francisco; PHILIP A. GINSBURG in his Official Capacity as Human Resources Director of the City and County of San Francisco; and DOES ONE though FIFTY, inclusive,<br><br>                Defendants. | Case No. C 05-1287 SI<br><br>**[PROPOSED]**<br>**ORDER GRANTING**<br>**PRELIMINARY APPROVAL**<br>**OF CLASS SETTLEMENT**<br><br>Date:      February 29, 2008<br>Time:      9:00 a.m.<br>Courtroom:  10, 19th Floor<br>                Hon. Susan Illston<br><br>corrected order |

      Pursuant to this Court's Order of December 7, 2007, a hearing on preliminary approval of class settlement was held on February 29, 2008. Having considered the pleadings, the memoranda of points and authorities, the proposed Settlement Agreement and other documents and papers submitted by counsel as well as the arguments of counsel, the Court grants preliminary approval of the class

1  settlement.

2  The Court finds that the terms set forth in the proposed Settlement Agreement are fair, reasonable and adequate, and in the best interests of the Plaintiffs, the Class Members and the Collective Action Members ("Settlement Class").  Therefore, the Court grants preliminary approval of the parties' Settlement Agreement, including approval of the four Notices of Proposed Settlement that are to be sent to members of the Settlement Class and approval of the Release of Claims.

As part of the settlement and pursuant to the stipulation of the parties, the Court hereby certifies, under Federal Rule of Civil Procedure 23, the following class with respect to the vacation pay claim: "All former uniformed employees of the San Francisco Fire Department who were eligible for Training and Education Achievement Pay, Retention Pay and/or Terrorism Response Training Pay and who separated from employment through June 30, 2007 and, following separation from employment, received a lump sum payment on or after February 25, 2002 for any accrued vacation pay that did not include Training and Education Achievement Pay, Retention Pay and/or Terrorism Response Training Pay."

The Final Settlement Hearing on the question of whether the proposed settlement should be finally approved as fair, reasonable and adequate shall be held in this Court on July 11 2008 at 9:00 a.m.

Plaintiffs shall file their motion for an award of attorneys' fees and costs by 3/21/08, 2008.  A hearing shall be held in this Court on said motion on 7/11/08, 2008 at 9:00 a.m.

IT IS SO ORDERED.

Dated: 2/29 2008       By: /s/ Susan Illston
                           SUSAN ILLSTON
                           UNITED STATES DISTRICT JUDGE