DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar # 83788
Chief Labor Attorney
JONATHAN C. ROLNICK, State Bar #151814
RUTH M. BOND, State Bar #214582
Deputy City Attorneys
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3815
Facsimile: (415) 554-4248
Email: jonathan.rolnick@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS KELLY, DENNIS KRUGER, ROBERT P. ANDERSON, GEORGE O. BULLWINKEL, STEPHEN C. CHRISTENSEN, FRED J. FEGAN, GERALD L. GREY, THOMAS E. KAZARIAN, FRANK M. KUNST, GARY J. LAVAYSSE, PATRICK H. McLAUGHLIN, DANIEL M. O'DONNELL, ROBERT G. OLLER, HENRY L. RANEY, GEORGE J. RIPOLL, PATRICIA CAULFIELD AND HONORA PUCCETTI, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO FIRE DEPARTMENT; EDWARD M. HARRINGTON, in his Official Capacity as Controller of the City and County of San Francisco; PHILIP A. GINSBURG, in his Official Capacity as Human Resources Director of the City and County of San Francisco; and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C 05-1287 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES REGARDING NOTICE TO SETTLEMENT CLASS** |

1  The parties, through their counsel, hereby stipulate and request that the Court enter an order extending the time to send out notices to settlement class members ("Notices"). Currently, the deadline to send out the Notices is April 14, 2008. The parties have agreed to extend this deadline by one week, to April 21, 2008. The City is working diligently to finalize the Notices, but needs additional time to complete calculations and insure accuracy of the Notices.

The parties also stipulate and request that the Court enter an order extending the deadlines for: (1) opting out of the vacation pay and/or vested sick leave claims, (2) opting in to the compensatory time off claim and (3) objecting to the settlement and/or class definition by one week from May 29, 2008 to June 5, 2008. The Notices, filed with the Court on March 20, 2008 as exhibits to the Declaration of Diane-Sidd Champion in Support of Final Approval of Class Settlement would be revised to reflect the June 5, 2008 date.

To summarize, the new agreed dates for further proceedings in this case are as follows:

Deadline for defendants to send out Notices to Class Members: April 21, 2008

Last date to file objections to settlement: June 5, 2008 (to be extended if Notice is sent to multiple addresses)

Last date to opt in to FLSA claim: June 5, 2008 (to be extended if Notice is sent to multiple addresses)

Last date to opt out of vested sick leave and/or vacation pay claim: June 5, 2008 (to be extended if Notice is sent to multiple addresses)

All other dates remain the same.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | Dated: April 10, 2008 |
| 3 | DENNIS J. HERRERA<br>City Attorney<br>ELIZABETH S. SALVESON<br>Chief Labor Attorney<br>JONATHAN ROLNICK<br>RUTH M. BOND<br>Deputy City Attorneys |

By: s:/Ruth M. Bond_____
    RUTH M. BOND

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO FIRE DEPARTMENT,
EDWARD M. HARRINGTON, and
PHILIP A. GINSBURG

Dated: April 10, 2008

McCARTHY, JOHNSON & MILLER LAW CORPORATION

By: s:/Diane Sidd-Champion_____
    DIANE SIDD-CHAMPION

Attorneys for Plaintiffs
FRANCIS KELLY, et al.

REQUEST TO EXTEND DEADLINES - CASE NO. 05-1287 (SI)     3     n:\labor\li2005\051208\00477302.doc

[PROPOSED] ORDER

The parties have requested an extension of time to send notices to the Settlement Class. The parties also request an extension of the deadlines for: (1) opting out of the vacation pay and/or vested sick leave claims, (2) opting in to the compensatory time off claim and (3) objecting to the settlement and/or class definition by one week from May 29, 2008 to June 5, 2008.

Having considered the parties' stipulated request, the Court **HEREBY ORDERS** that deadlines be extended as follows:

Deadline for defendants to send out Notices to Class Members: April 21, 2008

Last date to file objections to settlement: June 5, 2008 (to be extended if Notice is sent to multiple addresses)

Last date to opt in to FLSA claim: June 5, 2008 (to be extended if Notice is sent to multiple addresses)

Last date to opt out of vested sick leave and/or vacation pay claim: June 5, 2008 (to be extended if Notice is sent to multiple addresses)

All other dates remain the same.

IT IS SO ORDERED.

Date: _____   _____
SUSAN ILLSTON
United States District Judge