|   |   |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
|   |     Law Corporation |
| 2 | DIANE SIDD-CHAMPION, ESQ., #78140 |
|   | 595 Market Street, Suite 2200 |
| 3 | San Francisco, CA 94105 |
|   | Telephone: (415) 882-2992 |
| 4 | Fax: (415) 882-2999 |
|   | E-mail: dsidd-champion@mjmlaw.us |
| 5 |   |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS KELLY, DENNIS KRUGER, ROBERT P. ANDERSON, GEORGE O. BULLWINKEL, STEPHEN C. CHRISTENSEN, FRED J. FEGAN, GERALD L. GREY, THOMAS E. KAZARIAN, FRANK M. KUNST, GARY J. LAVAYSSE, PATRICK H. McLAUGHLIN, DANIEL M. O'DONNELL, ROBERT G. OLLER, HENRY L. RANEY, GEORGE J. RIPOLL, PATRICIA CAULFIELD AND HONORA PUCCETTI, Individually and on Behalf of Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO FIRE DEPARTMENT; EDWARD M. HARRINGTON, in his Official Capacity as Controller of the City and County of San Francisco; PHILIP A. GINSBURG in his Official Capacity as Human Resources Director of the City and County of San Francisco; and DOES ONE though FIFTY, inclusive, <br><br> Defendants. | Case No. C 05-1287 SI <br><br> **[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT** <br><br> Date: August 15, 2008 <br> Time: 9:00 a.m. <br> Courtroom: 10, 19th Floor <br> Hon. Susan Illston |

A hearing on final approval of class settlement was held on August 15, 2008. Having considered the pleadings, the memoranda of points and authorities, the proposed Settlement Agreement and other documents and papers submitted by counsel as well as the arguments of counsel, the Court hereby grants final approval of the class settlement.

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT
Case No. C 05-1287 SI

1  The Court finds that the terms set forth in the Settlement Agreement are fair, reasonable and
2  adequate, and in the best interests of the Plaintiffs, the Class Members and the Collective Action
3  Members ("Settlement Class"). Therefore, the Court grants final approval of the parties' Settlement
4  Agreement.

5  The Court finds that the individuals who signed the Consents to Join filed with the Court as
6  Court Document Nos. 153, 154, 155, 156 is (are) eligible to participate in the Fair Labor
7  Standards Act portion of the settlement.

8  IT IS SO ORDERED.

10  Dated:_____2008    By:_____
11                                    SUSAN ILLSTON
                                      UNITED STATES DISTRICT JUDGE