| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
| |     Law Corporation |
| 2 | DIANE SIDD-CHAMPION, ESQ., #78140 |
| | 595 Market Street, Suite 2200 |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 882-2992 |
| 4 | Fax: (415) 882-2999 |
| | E-mail: dsidd-champion@mjmlaw.us |
| 5 | |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCIS KELLY, DENNIS KRUGER, ROBERT P. ANDERSON, GEORGE O. BULLWINKEL, STEPHEN C. CHRISTENSEN, FRED J. FEGAN, GERALD L. GREY, THOMAS E. KAZARIAN, FRANK M. KUNST, GARY J. LAVAYSSE, PATRICK H. McLAUGHLIN, DANIEL M. O'DONNELL, ROBERT G. OLLER, HENRY L. RANEY, GEORGE J. RIPOLL, PATRICIA CAULFIELD AND HONORA PUCCETTI, Individually and on Behalf of Others Similarly Situated, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. C 05-1287 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date: July 11, 2008<br>Time: 9:00 a.m.<br>Courtroom: 10, 19th Floor<br>           Hon. Susan Illston |
|           Plaintiffs,<br>v.<br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO FIRE DEPARTMENT; EDWARD M. HARRINGTON, in his Official Capacity as Controller of the City and County of San Francisco; PHILIP A. GINSBURG in his Official Capacity as Human Resources Director of the City and County of San Francisco; and DOES ONE though FIFTY, inclusive,<br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |

The parties in this class action have reached a settlement that provides for a total settlement fund of $755,000 plus interest, including payment to Plaintiffs' attorneys ("Class Counsel") of up to $101,000 plus interest for attorneys' fees. In the settlement agreement, Defendants agreed that $101,000 plus interest was a reasonable and appropriate amount to be paid to Class Counsel for attorneys' fees. Defendants also agreed not to oppose a fee application of $101,000 plus interest.

Pursuant to the parties' settlement, Class Counsel seek $101,000 plus interest in attorneys' fees. This sum is between 13% and 14% of the total settlement fund of $755,000 and, thus, well below the Ninth Circuit's 25% benchmark under the common fund doctrine. The hours spent by Class Counsel on this case through March 19, 2008 multiplied by their reasonable hourly rates results in a base lodestar of $220,777.50. In addition, Class Counsel have incurred costs in the amount of $5,282.88.

The Court finds that a lodestar of $220,777.50 is reasonable. Because the amount sought by this motion is well below the lodestar, the Court finds that the fee request is reasonable.

Accordingly, good cause appearing therefor,

IT IS HEREBY ORDERED THAT Plaintiffs' motion is GRANTED. Accordingly, Class Counsel is awarded attorneys' fees in the amount of $101,000 plus interest.

Dated: 8/15/08

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE